**DISMISSED and Opinion Filed May 21, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01344-CV

## MICHAEL ANTHONY MONTOYA D/B/A MONTOYA BOXING, Appellant
## V.
## TEXAS ENTERTAINMENT SERVICES LLC D/B/A GILLEY'S DALLAS, Appellee

### On Appeal from the 101st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-18-04702

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Nowell
Opinion by Chief Justice Burns

Appellant's brief in this case is overdue. By postcard dated April 23, 2019, we notified appellant the time for filing his brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed his brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

181344F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

MICHAEL ANTHONY MONTOYA
D/B/A MONTOYA BOXING, Appellant

No. 05-18-01344-CV    V.

TEXAS ENTERTAINMENT SERVICES
LLC D/B/A GILLEY'S DALLAS,
Appellee

On Appeal from the 101st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-18-04702.
Opinion delivered by Chief Justice Burns,
Justices Molberg and Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee TEXAS ENTERTAINMENT SERVICES LLC D/B/A GILLEY'S DALLAS recover its costs, if any, of this appeal from appellant MICHAEL ANTHONY MONTOYA D/B/A MONTOYA BOXING.

Judgment entered May 21, 2019